## Lacey *v.* Rutter, Appellant.

Argued October 6, 1950, Before DREW, C. J., STERN, STEARNE, JONES, LADNER and CHIDSEY, JJ.

*Edmund K. Trent,* with him *Reed, Smith, Shaw & McClay,* for appellant.

*James H. Brennan,* with him *T. Robert Brennan, Brennan & Brennan, Robert M. Dale* and *Maurice L. Kessler,* for appellee.

OPINION PER CURIAM, November 13, 1950:

The decree is affirmed on the amended adjudication of the learned chancellor as confirmed by the court en banc.

Decree affirmed at appellant's cost.